DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AUTUMN DAWN BRETON,

Appellant,

v.

ELPIDIO AUGUSTO BRETON,

Appellee.

No. 2D2023-2381

_____

June 14, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pasco County; Brian Gnage, Judge.

Autumn Dawn Breton, pro se.

No appearance on behalf of Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.